IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LSF-KEB Holdings SCA<br><br>      Petitioner,<br><br> v.<br><br>Republic of Korea,<br><br>      Respondent. | Case No. 1:23;-cv-1911 |

**PROPOSED ORDER**

Upon consideration of the Petition submitted by LSF-KEB Holdings SCA ("LSF-KEB") to enforce the arbitral Award issued on August 30, 2022 and the Decision on Rectification issued on May 8, 2023 (collectively referred to as the "Final Award") by an arbitral tribunal under the auspices of the International Centre for the Settlement of Investment Disputes ("ICSID") in ICSID Case No. ARB/12/37 against Respondent, the Republic of Korea ("Korea"),

It is ORDERED, ADJUDGED, and DECREED that LSF-KEB's Petition is GRANTED; and it is further ORDERED that:

(a) The Final Award shall be enforced in the same manner and with the same force and effect as if the Final Award were a final judgment of this Court, as authorized by 22 U.S.C. § 1650a and Article 54 of the ICSID Convention; and

(b) Judgment is entered in favor of LSF-KEB in the amount of $216,018,682, representing the principal amount awarded to LSF-KEB, plus interest for the period from December 3, 2011 until the date of final payment calculated at the average one-month U.S. Treasury rate, compounded annually.

2

(c)     Petitioner's claim for attorney's fees and costs associated with bringing this petition is also GRANTED and it is further ORDERED that Petitioner LSF-KEB shall submit the requisite documentation for fees sought within 30 days of this Order.

SO ORDERED

Date: _____          _____
                                    United States District Court
                                    District of Columbia