IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LSF-KEB Holdings SCA<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>Republic of Korea,<br><br>　　　　　　　　　　Respondent. | Case No. 1:23-cv-1911 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: LSF-KEB Holdings SCA.

Date:  July 1, 2023　　　　　　　　　　　　*/s/ Cayla C. Calderwood*　　　　　　　
　　　　　　　　　　　　　　　　　　　　　*Attorney Signature*

　　　　　　　　　　　　　　　　　　　　　Cayla C. Calderwood
　　　　　　　　　　　　　　　　　　　　　DC Bar No. 1741442

　　　　　　　　　　　　　　　　　　　　　Sidley Austin LLP
　　　　　　　　　　　　　　　　　　　　　1501 K Street, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 736-8523
　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 736-8711
　　　　　　　　　　　　　　　　　　　　　ccalderwood@sidley.com