IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LSF-KEB Holdings SCA<br><br>                              Petitioner,<br><br>    v.<br><br>Republic of Korea,<br><br>                              Respondent. | Case No. 1:23-cv-1911 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: LSF-KEB Holdings SCA.


Date:  July 1, 2023                         */s/ Jacquelyn E. Fradette*
                                                  *Attorney Signature*

                                                  Jacquelyn E. Fradette
                                                  DC Bar No. 1034328

                                                  SIDLEY AUSTIN LLP
                                                  1501 K Street, N.W.
                                                  Washington, D.C. 20005
                                                  Telephone: (202) 736-8822
                                                  Facsimile: (202) 736-8711
                                                  jfradette@sidley.com