IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LSF-KEB Holdings SCA<br><br>        Petitioner,<br><br> v.<br><br>Republic of Korea,<br><br>        Respondent. | Case No. 1:23-cv-191 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

 I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: LSF-KEB Holdings SCA.


Date:  July1, 2023               */s/ Mark P. Guerrera*
                               *Attorney Signature*

                               Mark P. Guerrera
                               DC Bar No. 450311

                               SIDLEY AUSTIN LLP
                               1501 K Street, N.W.
                               Washington, D.C. 20005
                               Telephone: (202) 736-8580
                               Facsimile: (202) 736-8711
                               mguerrera@sidley.com