IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LSF-KEB Holdings SCA,<br><br>       Petitioner,<br><br> v.<br><br>Republic of Korea,<br><br>       Respondent. | Case No. 1:23-cv-1911 |

**ERRATA**

 Petitioner, LSF-KEB Holdings SCA ("LSF-KEB"), respectfully submits the following errata, along with a corrected version of its complaint, ECF No. 1.

 Petitioner's complaint, as initially filed, did not include the full residence address of each party per Local Civil Rule 5.1(c). Petitioner received a notification from ECF this morning recounting the error and asking that it file an errata correcting the initial pleading. Petitioner has therefore attached a corrected complaint, now including the addresses for each party.

1

Date: July 7, 2023                              Respectfully submitted,

/s/ *Mark P. Guerrera*
Mark P. Guerrera
DC Bar No. 450311
Jacquelyn E. Fradette
DC Bar No. 1034328
Cayla C. Calderwood
DC Bar No. 1741442
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8580
Facsimile: (202) 736-8711
mguerrera@sidley.com
jfradette@sidley.com
ccalderwood@sidley.com

*Attorneys for Plaintiff*