IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LSF-KEB Holdings SCA,<br><br>         Petitioner,<br><br> v.<br><br>Republic of Korea,<br><br>         Respondent. | Case No. 1:23-cv-1911 |

## ORDER

Upon consideration of the Party's Joint Motion to Stay, it is hereby **ORDERED** that (i) this matter is stayed until termination of the stay of enforcement of the arbitration award in *LSF-KEB Holdings SCA and others v. Republic of Korea*, ICSID Case No. ARB/12/37 ("Award") that is presently in place in the annulment proceeding before the International Centre for Settlement of Investment Disputes, and (ii) the parties shall file a further joint status report at such time as the *ad hoc* Committee appointed by the Chairman of the ICSID Administrative Council issues a ruling on Korea's pending request to continue the ICSID stay of enforcement of the Award for the duration of the ICSID annulment proceeding.  **Unless the stay already has been lifted in this matter, the parties shall file a Joint Status Report by January 10, 2024, which provides an update on the ICSID proceedings.**

                            _____
                            United States District Court
                            District of Columbia