IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LSF-KEB Holdings SCA,<br><br>                     Petitioner,<br><br>    v.<br><br>Republic of Korea,<br><br>                     Respondent. | Case No. 1:23-cv-1911 |

**JOINT STATUS REPORT**

Petitioner LSF-KEB Holdings SCA ("LSF-KEB"), together with Respondent the Republic of Korea ("Korea"), respectfully submit this Joint Status Report pursuant to the Court's Order requesting a status update by August 1, 2024. *See* Dkt. 24. As outlined in the Parties' previous Joint Status Report, Dkt. 23, the Parties are currently engaged in annulment proceedings before the International Centre for Settlement of Investment Disputes ("ICSID").[1] On December 15, 2023, the ICSID *ad hoc* Committee (the "Committee") rendered a Decision on Stay of Enforcement of the Award, ICSID Case No. ARB/12/37 ("Decision"), Dkt. 23 at 2, in which it ordered that enforcement of the Award be stayed until the Committee renders a decision in the Parties' annulment proceedings.

The Parties are currently submitting multiple rounds of written briefings to the Committee, which has set a hearing for January 21–23, 2025. In view of the foregoing, and consistent with the Committee's Decision, counsel for LSF-KEB and Korea jointly file this Joint Status Report and respectfully request that this Court continue to stay all deadlines in this matter

---

[1] A more detailed recitation of the procedural history of this matter was included in the parties' prior joint motion for a stay filed on Nov. 9, 2023. *See* Dkt. 18.

until the Committee has issued its final decision in the annulment proceedings.  A proposed Order granting this stay is attached as Exhibit 1.

Date: August 1, 2024

Respectfully submitted,

/s/ *Mark P. Guerrera*
Mark P. Guerrera
DC Bar No. 450311
Jacquelyn E. Fradette
DC Bar No. 1034328
Cayla C. Calderwood
DC Bar No. 1741442
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8580
Facsimile: (202) 736-8711
mguerrera@sidley.com
jfradette@sidley.com
ccalderwood@sidley.com

*Attorneys for Plaintiff*


/s/ *Paolo Di Rosa*
Paolo Di Rosa (DC Bar No. 434547)
Katelyn A. Horne (DC Bar No. 1021606)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20817
+1 202.942.6115
Samuel.Witten@arnoldporter.com

Anton A. Ware (admitted *pro hac vice*)
Arnold & Porter Kaye Scholer LLP
Plaza 66 Building 2,
#4306-4313 1266 Nanjing Xi Rd
Shanghai, 200041
People's Republic of China
+86 (0)21 2208 3680 Direct
Anton.Ware@cn.arnoldporter.com

John Muse-Fisher
(*pro hac vice* application pending)
Arnold & Porter Kaye Scholer LLP

2

Three Embarcadero Center, 10th Floor
San Francisco, CA
+1.415.471.3359 Direct
John.Muse-Fisher@arnoldporter.com

*Attorneys for Respondent*